**SWEENEY v. WAKE COUNTY**

[350 N.C. 61 (1999)]

MICHAEL L. SWEENEY v. WAKE COUNTY

No. 277PA98

(Filed 5 February 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 129 N.C. App. 846, 504 S.E.2d 821 (1998), affirming an order of dismissal entered 25 August 1997 by LaBarre, J., in Superior Court, Wake County. Heard in the Supreme Court 13 January 1999.

*Brady, Schilawski & Ingram, P.L.L.C., by John Randolph Ingram, II, for plaintiff-appellant.*

*Wake County Attorney's Office, by Michael R. Ferrell and Corinne G. Russell, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.